REBECCA SEGAR, Respondent, v. JOE STRAUCHLER and SAM ZIMMERMAN, Appellants.— Motion granted to the extent of vacating stay of proceedings contained in the order to show cause dated March 18, 1927. In all other respects, the motion is denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

WINTHROP BAKING Co., INC., Appellant, Respondent, v. LAZAR RAIMIST, as Treasurer of Local No. 500 of the Bakery and Confectionery Workers' International Union of America, Respondent, Appellant.— Motion to incorporate additional terms in the injunction order granted by the Special Term denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

CHARLES WRIGHT, Respondent, v. NASSAU BUS LINE, INC., and BIAGIO BECCE, Appellants.— Motion for reargument of motion to dismiss appeal denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

SAMUEL ZIERLER, Respondent, v. LOUIS M. BLOCH and ALBERT BLOCH, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

BEST RENTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

DAVID KORMAN, Appellant, v. MOSES HALLE, MAX RESNICK, CHARLES FINEMAN and JACOB M. Poss, Respondents.— Application denied, with ten dollars costs.

In the Matter of the Application of REUBEN L. HASKELL for Relief by a Peremptory Order of Mandamus or Otherwise, Appellant, v. JOHN H. VOORHIS and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order denying motion for peremptory mandamus order affirmed, without costs. We are of opinion that the petitioner's name as the sole nominee of an independent body for county judge is properly placed upon the ballot and that no unjust discrimination against the voter will result. Lazansky, P. J., Young and Kapper, JJ., concur; Hagarty and Carswell, JJ., concur with the following memorandum: We accept the representation that a change on the machines and sample ballots cannot be made in time to avoid jeopardizing the election. Solely on this ground we vote to affirm.

In the Matter of the Application of PACA OBERLIN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of HENRY H. SKYLES for Admission to the Bar.— Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HAZEL G. LEWIS, as Administratrix, etc., of JAMES LEONARD LEWIS, Respondent, v. ROUX TRUCKING COMPANY, Defendant. CHARLES J. DODD, District Attorney of Kings County, Appellant.— Motion for stay pending appeal granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.